# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  THOMAS P. MARRONE & KRISTINA L. MARRONE         Case Number: 05-72190
213 HAWTHORNE ROAD                SSN-xxx-xx-9740 & xxx-xx-6336
LAKE IN THE HILLS, IL  60156

Case filed on:     5/3/2005
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $29,240.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS P. MARRONE | 0.00 | 0.00 | 748.82 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 748.82 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 9,800.00 | 9,800.00 | 9,800.00 | 1,282.05 |
| 003 | OLD REPUBLIC INSURANCE CO | 36,326.58 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO BANK N.A. | 123,426.63 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO BANK N.A. | 11,930.23 | 11,930.23 | 11,930.23 | 0.00 |
|  | Total Secured | 181,483.44 | 21,730.23 | 21,730.23 | 1,282.05 |
| 001 | SNYDER, PARK & NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 990.26 | 990.26 | 990.26 | 0.00 |
|  | Total Unsecured | 990.26 | 990.26 | 990.26 | 0.00 |
|  | Grand Total: | 185,173.70 | 25,420.49 | 26,169.31 | 1,282.05 |

Total Paid Claimant:     $27,451.36
Trustee Allowance:       $1,788.64         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  100.00            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan